UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROBIN AIU, an individual,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>AMAZON.COM, INC.,<br><br>　　　　　　Defendant. | CASE NO. C25-1627RSM<br><br>ORDER DENYING STIPULATED MOTION FOR PROTECTIVE ORDER |

　　　This matter comes before the Court on the parties' Stipulated Motion for Protective Order, Dkt. #19.

　　　"The court may enter a proposed stipulated protective order as an order of the court if it adequately and specifically describes the justification for such an order, it is consistent with court rules, it does not purport to confer blanket protection on all disclosures or responses to discovery, its protection from public disclosure and use extends only to the limited information or items that are entitled to confidential treatment under the applicable legal principles, and it does not presumptively entitle the parties to file confidential information under seal." LCR 26(c)(2).

　　　The Court finds that the proposed Protective Order does not conform to the above requirements. The parties have attempted to use the Court's Model Protective Order as a template. Under the section entitled Confidential Material, the Court's Model Protective Order instructs: "[t]he parties must include a list of specific documents such as 'company's customer

ORDER DENYING STIPULATED MOTION FOR PROTECTIVE ORDER – 1

list' or 'plaintiff's medical records;' do not list broad categories of documents such as 'sensitive business material.'" The parties have listed the following categories of confidential documents:

- personally identifiable information (PII);
- plaintiff's medical records;
- taxes and other financial records;
- accounting or financial statements (not including publicly available financial statements);
- trade secrets;
- commercial, financial, pricing, budgeting, revenue, profit, or accounting information;
- information about existing and potential customers, including customer lists;
- marketing studies and projections regarding sales of the product at issue;
- business strategies, decisions, or negotiations;
- compensation, evaluations, and employment information;
- proprietary information about affiliates, parents, subsidiaries, and third parties with whom the parties have or have had business relationships; and
- documents or materials containing sensitive, non-public information relating to
- Amazon's internal proprietary systems, procedures and practices, such as managing inventory, processing orders and responding to product safety concerns.

Dkt. #19 at 2.

The Court finds that the parties have impermissibly left the door open to labeling a wide variety of documents as confidential. For example, "commercial, financial, pricing, budgeting, revenue, profit, or accounting information" and "business strategies" are vague and could easily

ORDER DENYING STIPULATED MOTION FOR PROTECTIVE ORDER – 2

include a wide range of non-confidential documents. "Documents or materials containing sensitive, non-public information relating to Amazon's internal proprietary systems" is essentially the same as "sensitive business material," something that is specifically called out in the model order for being overly broad. The parties submit no argument to justify a departure from the model protective order's guidelines. Accordingly, this Motion will be denied.

Having reviewed the briefing, along with the remainder of the record, the Court hereby finds and ORDERS that the parties' Stipulated Motion for Protective Order, Dkt. #19, is DENIED. The Court advises the parties to come up with a more specific list of confidential documents and to re-submit this motion.

DATED this 20th day of October, 2025.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER DENYING STIPULATED MOTION FOR PROTECTIVE ORDER – 3