UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ROBIN AIU, an individual,

Plaintiff,

v.

AMAZON.COM, INC.,

Defendant.

CASE NO. 2:25-CV-01627-RSM

**ORDER GRANTING STIPULATED MOTION TO AMEND CASE SCHEDULE AND CONTINUE TRIAL DATE**

THIS MATTER came before this Court upon the Parties' Stipulated Motion to Amend Case Schedule and Continue Trial Date ("Stipulated Motion"). Having reviewed the Stipulated Motion, being fully advised on the matter, and for good cause shown, IT IS HEREBY ORDERED that the Stipulated Motion is GRANTED. It is further ORDERED that the trial date and related deadlines are re-set as follows:

| Events | Deadline |
| --- | --- |
| Jury Trial Date | November 9, 2026 |
| Length of Trial | 4 Days |
| Disclosure of expert testimony under FRCP 26(a)(2) | May 11, 2026 |
| Deadline for filing motions related to discovery. Any such motions shall be noted for consideration pursuant to LCR 7(d)(3) | June 10, 2026 |
| Discovery completed by | July 13, 2026 |

ORDER GRANTING STIPULATED MOTION TO
AMEND CASE SCHEDULE AND CONTINUE
TRIAL DATE - 1

| All dispositive motions must be filed by and noted on the motion calendar no later than 28 days thereafter (see LCR 7(d)) | August 11, 2026 |
| Mediation per LCR 39.1(c)(3), **if requested by the parties**, held no later than | September 25, 2026 |
| All motions in limine must be filed by and noted on the motion calendar no later than 21 days thereafter | October 12, 2026 |
| Agreed pretrial order due | October 28, 2026 |
| Pretrial conference to be scheduled by the Court. | |
| Trial briefs, proposed voir dire questions, jury instructions, neutral statement of the case, and trial exhibits due | November 4, 2026 |

**IT IS SO ORDERED.**

Dated this 30th day of January, 2026.


RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER GRANTING STIPULATED MOTION TO
AMEND CASE SCHEDULE AND CONTINUE
TRIAL DATE - 2